No. 629. WHITE v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. *Philip Wittenberg* for petitioner.

No. 631. CARLINER ET AL. v. COMMISSIONER OF THE DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied. *David Carliner, pro se,* and *Arthur W. Jackson* and *Reuben Robertson III* for petitioners. *Hubert B. Pair, Richard W. Barton,* and *David P. Sutton* for respondents.

No. 633. MULLER ET AL. v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. *John C. Moran* for petitioners.

No. 634. WEERSING v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *David Finkel* and *Hugh R. Manes* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 635. CRAIG, ADMINISTRATRIX v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. *Peter J. Hughes* for petitioner. *Charles W. Rees, Jr.,* for respondent Litton Systems, Inc.

No. 636. CITY OF NEWARK v. PORT OF NEW YORK AUTHORITY. Sup. Ct. N. J. Certiorari denied. *Philip E. Gordon* and *Sam Weiss* for petitioner. *Sidney Goldstein* and *Francis A. Mulhern* for respondent.

No. 640. SCARSELLETTI v. AETNA CASUALTY & SURETY Co. Sup. Ct. Pa. Certiorari denied.